AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE    DISTRICT OF    PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CRIMINAL NO. 99-142(HL) |
| GEOVANNY ORTIZ-PEREZ | |

To the Clerk of this court and all parties of record:

    Enter my appearance as **counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

    S/Juan E. Milanes
*USDC No.*
*Torre Chardon, Suite 1201*
*350 Carlos Chardon Street*
*San Juan, Puerto Rico 00918*
*Tel: (787) 766-5656*
*Fax: (787)766-6222*
*Email:* juan.milanes@usdoj.gov

*Dated: August 8, 2006*

**Notice of Appearance**
**Page 2**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

    At San Juan, Puerto Rico this 8th day of August, 2006

                                S/ *Juan E. Milanes*
                                Attorney for Plaintiff