IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


UNITED STATES OF AMERICA

       vs.                          Criminal No. 3:99CR00142-001 (HL)

GEOVANNY ORTIZ-PEREZ

* * * * * * * * * * * * * * * * *


MOTION FOR ORDER TO SHOW CAUSE

TO THE HONORABLE HECTOR M. LAFFITTE
U. S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

      **COMES NOW, Miguel Angel Arroyo-Domenech, United States Probation Officer** of this Honorable Court, presenting an official report on the conduct and attitude of releasee, Geovanny Ortiz-Pérez. On September 3, 2004, a Motion for Issuance of Warrant of Arrest was filed.

      Today, the U.S. Marshal Roberto Escobar informed our office that Mr. Ortiz-Pérez was arrested in Santo Domingo, Dominican Republic, by members of the Dirección Nacional Control de Drogas (DNCD) through a coordinated effort with the US Marshal Dominican Republic Field Office(DRFO). According to US Marshal Escobar, Mr. Ortiz-Pérez is in the process of being transferred to the jurisdiction of the District of Puerto Rico.

*WHEREFORE,* in lieu of the aforementioned, it is respectfully requested that the Court order the Warden of the Metropolitan Detention Center in Guaynabo, Puerto Rico to produce this defendant before this Honorable Court to show cause why his supervised release term should not be revoked; thereupon, that he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 21st day of July 2008.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/<u>Miguel A. Arroyo-Domenech</u>
Miguel A. Arroyo-Domenech
U.S. Probation Officer
Federal Office Building
Office 400
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
(787)766-6356
(787)392-0848
Miguel_Arroyo@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on July 21, 2008, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

U.S. Attorney Rosa Emilia Rodríguez, Esq., U.S. Attorney's Office, Torre Chardón, Suite 1201, 350 Carlos Chardón Ave., San Juan, P.R. 00918; and Joseph Law, Federal Public Defender, 241 Roosevelt Avenue, El Patio Gallery, San Juan, P.R. 00918.

    Miguel Angel Arroyo-Domenech
S/Miguel A. Arroyo-Domenech
Miguel A. Arroyo-Domenech
U.S. Probation Officer
Federal Office Building
Office 400
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
(787)766-6356
(787)392-0848
Miguel_Arroyo@prp.uscourts.gov