# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

G. ORTIZ-PEREZ
_____
Defendant

WAIVER OF RULE 32.1 HEARINGS
(Probation/Supervised Release Violation)

CASE NUMBER: 99-142 (PG)

CHARGING DISTRICTS
CASE NUMBER: N/A

I understand that charges are pending in the _____ District of Puerto Rico

alleging violation of  SUPERVISED RELEASE  and that I have been arrested in this district and
(Probation / Supervised Release)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and

(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

(X) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

7/24/08
Date

X [signature]
Defendant

[signature]
Defense Counsel

[Stamp: RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN 2008 JUL 24 AM 9:09]